UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TYLER KOCH,<br><br>           Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>           Defendant. | No.  CV-09-267-JPH<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR REMAND<br><br>(Ct. Rec. 20) |

    BEFORE THE COURT is the parties' stipulated motion to remand this case to the Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g)(**Ct. Rec. 20**). Lora Lee Stover represents plaintiff. Special Assistant United States Attorney Matthew W. Pile represents defendant. The parties have consented to proceed before a magistrate judge (Ct. Rec. 7).

    After considering the stipulated motion,

    **IT IS ORDERED** that the motion (**Ct. Rec. 20**) **is GRANTED**. The case is **REVERSED** and **REMANDED** for further administrative proceedings.

    On remand the ALJ shall:

ORDER GRANTING STIPULATED MOTION FOR ORDER OF REMAND - 1

1    (a) conduct a de novo hearing;
2    (b) reassess the March 2006 and March 2007 opinions of Dr.
3 Islam-Zwart and Dr. Gentile;
4    (c) consider the lay witness statement of Scott Davis;
5    (d) reassess plaintiff's credibility;
6    (e) reassess plaintiff's residual functional capacity; and
7    (f) obtain additional vocational expert testimony if
8 necessary.
9     **IT IS FURTHER ORDERED:**
10   1.  Judgment shall be entered for the **PLAINTIFF**.
11   2.  An application for attorney fees and costs may be
12 filed by separate motion.
13   3.  The District Court Executive is directed to enter
14 this Order, forward copies to counsel, and **close** this file.
15   **IT IS SO ORDERED.**
16   **DATED** this 24th day of August, 2010.

                                    *s/James P. Hutton*
                                  JAMES P. HUTTON
                            UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR ORDER OF REMAND - 2