1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

TYLER KOCH,                               )
                                          )
            Plaintiff,                     )
                                          )            NO.   CV-09-267-JPH
      vs.                                 )
                                          )        **JUDGMENT IN A**
MICHAEL J. ASTRUE,                        )        **CIVIL CASE**
Commissioner of Social Security,          )
                                          )
            Defendant.                     )
                                          )
_____)

**STIPULATION BY THE PARTIES:**

        The parties have stipulated to the remand of the captioned matter pursuant

to sentence four of 42 U.S.C. § 405(g).

        **IT IS ORDERED AND ADJUDGED** that:

        The matter is **REMANDED** for additional proceedings pursuant to sentence

four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be

**CLOSED.**

        DATED this 24th day of August, 2010.


                                    JAMES R. LARSEN
                                    District Court Executive/Clerk


                                    by: ___s/ Karen White_____
                                            Deputy Clerk

cc: all counsel